UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TASHEA GRAHAM and ANTONIO LUCAS,<br><br>Plaintiffs,<br><br>v.<br><br>SPARTAN AUTO GROUP, LLC d/b/a VICTORY MITSUBISHI, DSL MOTORS LLC, and CREDIT ACCEPTANCE CORPORATION,<br><br>Defendants. | Civil Action No. 1:25-cv-07324-MMG<br><br>Hon. Margaret M. Garnett, U.S.D.J. |

### STIPULATION & ORDER TO STAY ACTION PENDING ARBITRATION

**IT IS HEREBY STIPULATED AND AGREED**, by and among Plaintiffs Tashea Graham and Antonio Lucas (collectively, "Plaintiffs"), on the one hand, and Defendants Spartan Auto Group, LLC d/b/a Victory Mitsubishi, DSL Motors LLC, and Credit Acceptance Corporation (collectively, "Credit Acceptance"), on the other hand, through their respective undersigned attorneys, that:

1. On or before **December 31, 2025**, Plaintiffs shall initiate binding arbitration, before either the Judicial Arbitration and Mediation Services ("JAMS") or the American Arbitration Association ("AAA"), of all claims that have been or could be asserted in this action by Plaintiffs against Defendants, pursuant to the rules and procedures of JAMS or AAA, as applicable;

2. Defendants may assert defenses and/or counterclaims, if any, as permitted by the rules and procedures of JAMS or AAA, as applicable;

3. This action shall be stayed pending arbitration, provided, however, that, if Plaintiffs fail to initiate arbitration on or before **December 31, 2025**, as set forth herein, any and all claims asserted by Plaintiffs in this action shall be dismissed with prejudice;

*Graham, et al. v. Spartan Auto Group, LLC, et al.*
**Stipulation & Order to Stay Action Pending Arbitration**
Page 2 of 3

  4. For the avoidance of doubt, no further Order of this Court shall be necessary to effectuate the dismissal of Plaintiffs' claims as set forth in Paragraph 3 above, which shall result automatically in the event that Plaintiffs fail to timely initiate arbitration, as required herein;

  5. The parties shall electronically file a joint status report, advising the Court of the status of the arbitration, on or before **January 16, 2026**; and

  6. This stipulation may be executed and exchanged in counterparts, by facsimile or electronically, with the same force and effect as if executed and exchanged in the original.

**THE LAW OFFICES OF**
**ROBERT J. NAHOUM, P.C.**

By: _/s/ Robert J. Nahoum_
   Robert J. Nahoum, Esq.

1 Blue Hill Plaza, Lobby Level, Suite 1509
Pearl River, New York 10965
Tel.: (845) 450-2906
RJN@NahoumLaw.com

*Attorneys for Plaintiffs Tashea Graham and Antonio Lucas*

Date: November 3, 2025

**ALFRED R. FUENTE, PLLC**

By: _/s/ Alfred R. Fuente_
   Alfred R. Fuente, Esq.

30 Wall Street, 8th Floor
New York, New York 10005
Tel.: (646) 884-2669
alfred@fuentelaw.com

*Attorneys for Defendants Spartan Auto Group, LLC d/b/a Victory Mitsubishi and DSL Motors LLC*

Date: November 3, 2025

**McLAUGHLIN & STERN, LLP**

By: _/s/ Chester R. Ostrowski_
   Chester R. Ostrowski, Esq.
260 Madison Avenue
New York, New York 10016
Tel.: (212) 448-1100
costrowski@mclaughlinstern.com

*Attorneys for Defendant Credit Acceptance Corporation*

Date: November 3, 2025

**JUDGE'S SIGNATURE ON FOLLOWING PAGE**

*Graham, et al. v. Spartan Auto Group, LLC, et al.*
**Stipulation & Order to Stay Action Pending Arbitration**
Page 3 of 3

The Clerk of Court is directed to mark this case STAYED.

**SO-ORDERED:**

_____
**HON. MARGARET M. GARNETT,**
**UNITED STATES DISTRICT JUDGE**

**DATE: 11/07/2025**