

*The Hudson Valley*
*(Main Office):*
*1 Blue Hill Plaza, Suite 1509*
*Pearl River, NY 10965*
Ph:   (845) 450-2906
Fax:  (888) 450-8640

*Brooklyn*
48 Willoughby Street, 2nd Floor
Brooklyn, NY 11201
Ph:   (718) 514-6026
Fax:  (888) 450-8640

Robert J. Nahoum
*Admitted to Practice NY, NJ & CT*

*www.rjn@nahoumlaw.com*
*www.nahoumlaw.com*

March 20, 2026

**_VIA ECF_**

The Honorable Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, N.Y. 10007

> **Re:    _Graham v. Spartan Auto Group, LLC_**
> **_Case Number:25-CV-07324-MMG_**

Dear Honorable Margaret M. Garnett:

This office represents plaintiffs Tashea Graham and Antonio Lucas.  The parties previously requested until March 20, 2026, to finalize the settlement agreement.  The parties continue to work through a remaining settlement term.  It is therefore respectfully requested that the deadline to restore this action be extended for an additional 2 weeks up to and including April 3, 2026.

All parties consent to this request.  We thank the Court for its consideration.

Respectfully submitted,

ROBERT J. NAHOUM

GRANTED.  The deadline to apply to reopen this case is hereby extended to **April 3, 2026**.

SO ORDERED.  Dated March 24, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE