# McLaughlin & Stern, LLP
### Founded 1898

**CHESTER R. OSTROWSKI**
Partner
costrowski@mclaughlinstern.com
Direct Dial: (212) 455-0454

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448-1100

www.mclaughlinstern.com

GARDEN CITY, NEW YORK
MILLBROOK, NEW YORK
WESTFIELD, NEW JERSEY
WESTPORT, CONNECTICUT
JUPITER, FLORIDA
NAPLES, FLORIDA
SARASOTA, FLORIDA
WEST PALM BEACH, FLORIDA
SAN FRANCISCO, CALIFORNIA

April 3, 2026

**VIA E-FILING (CM/ECF)**
Hon. Margaret M. Garnett, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: April 6, 2026
```

> **Re:** *Graham, et al. v. Spartan Auto Group, LLC, et al.*
> **Case No. 1:25-cv-07324-MMG**
> **Request for Extension – On Consent**

Dear Judge Garnett:

This firm represents Defendant Credit Acceptance Corporation ("Credit Acceptance") in the above-referenced action. As per the Court's Order entered on March 24, 2026 [ECF No. 26], the deadline to reopen the case in the event the parties are not able to consummate their anticipated settlement is currently today, April 3, 2026. Due to unforeseen circumstances, the parties were required to rework certain terms of their settlement agreement and it has not yet been fully executed. The parties therefore jointly request that the deadline to reopen the action be extended for an additional 30 days – until May 4, 2026.

Respectfully submitted,

McLAUGHLIN & STERN, LLP

Chester R. Ostrowski
*Attorneys for Defendant*
*Credit Acceptance Corporation*

cc:   All Counsel of Record (CM/ECF)

GRANTED. The deadline to reopen the case is extended to **May 4, 2026.**

SO ORDERED. Dated April 6, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE